**LAMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: 516.826.6500
Gary F. Herbst, Esq.
David A. Blansky, Esq.
Wendy J. Rothstein, Esq.
*Attorneys for Gregory Messer, as Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

LEE ALEXANDER BRESSLER,

                      Debtor.
-----------------------------------------------------------x
GREGORY MESSER, ESQ., as Chapter 7
Trustee of Lee Alexander Bressler,

                      Plaintiff,
       -against-

ALEX DUERING TRUST UAD 11/14/1996
FBO JANE BRESSLER, BUTTERFIELD TRUST
(BERMUDA) LTD, formerly known as THE BANK
OF N.T. BUTTERFIELD EXECUTOR & TRUSTEE
COMPANY LTD. (BERMUDA),
LEE BRESSLER and SCOTT BRESSLER,

                      Defendants.
-----------------------------------------------------------x

Chapter 7
Case No. 18-13098-MG

Adv Pro. No. 21-01096-MG

## STIPULATION OF DISCONTINUANCE

Gregory Messer, as Chapter 7 Trustee ("Trustee" or "Plaintiff") of Lee Alexander Bressler ("Debtor"), and the Defendants herein, hereby stipulate and agree that the above-captioned adversary proceeding is discontinued with prejudice and without costs to either party as against each other. The Stipulation may be filed without further notice with the Clerk of the Court.

1

Dated: March 23, 2022

**LaMonica Herbst & Maniscalco, LLP**
*Attorneys for Gregory Messer, as Chapter 7 Trustee of Lee Alexander Bressler*


By:     *s/David A. Blansky*
       David A. Blansky, Esq.
       3305 Jerusalem Avenue
       Wantagh, New York 11793
       Tel. (516) 826-6500


**SilvermanAcampora llp**
*Attorneys for Lee Bressler*


By:     *s/Ronald J. Friedman*
       Ronald J. Friedman, Esq.
       100 Jericho Quadrangle, Suite 300
       Jericho, New York 11753
       Tel. (516) 479-6372

Dated: March 22, 2022

**Alston & Bird llp**
*Attorneys for Scott Bressler*


By:     *s/James J. Vincequerra*
       Gerard S. Catalanello, Esq.
       James J. Vincequerra, Esq.
       90 Park Avenue, 15th Floor
       New York, New York 10016
       Tel. (212) 210-9400


**Westerman Ball Ederer
Miller Zucker & Sharfstein, LLP**
*Attorneys For Butterfield Trust (Bermuda) Limited, Formerly Known As Bank Of Butterfield Executor & Trustee Company Limited (Improperly Named Herein As f/k/a The Bank Of N.T. Butterfield Executor & Trustee Company Ltd. (Bermuda))*


BY:     *s/Thomas A. Draghi*
       Thomas A. Draghi, Esq.
       Jay S. Hellman, Esq.
       1201 RXR Plaza
       New York, NY 10036-4085
       Tel. (516) 622-9200